**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7178**

---

MICHAEL A. GOODE,

Plaintiff - Appellant,

versus

COMMONWEALTH OF VIRGINIA; PORTSMOUTH POLICE
DEPARTMENT; PORTSMOUTH CIRCUIT COURT,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge.
(CA-95-67)

---

Submitted: January 11, 1996          Decided: January 24, 1996

---

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael A. Goode, Appellant Pro Se. William Mark Dunn, Assistant Attorney General, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying a writ of prohibition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Goode v. Virginia, No. CA-95-67 (E.D. Va. July 31, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED